No $ paid

UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF Louisianna

Quenta Ennis 34408-007 )
)
)
) 1:14-cv-0170 Sec P
Plaintiff, )
)
v. ) Case No. _____
)
UNITED STATES OF AMERICA )
)
Defendant. )
)
Federal Bureau of prisons )
D. Daniels

RECEIVED
FEB 0 3 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT
BY _____

## COMPLAINT

### JURISDICTION

1. This action arises under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-80, as hereinafter more fully applies.

2. Jurisdiction is conferred upon this court by 28 U.S.C. § 1346(b).

3. Pursuant to 28 U.S.C. § 2675(a) the claim set forth herein was presented to Bureau of prisons: South Central Regional office on 1-22-14.

4. _____
_____
_____
_____

## VENUE

5. Venue is proper in the __5th__ District of __Louisiana__ pursuant to 28 U.S.C. § 1402(b).

## PARTIES

6. Plaintiff __Quenta Ennis__ is a citizen of __United States__. Plaintiff resides at __U.S.P. Polluck, Polluck Louisiana 71467__ within the jurisdiction of this court. The alleged act or omission at issue occurred in the __5th__ District of __Louisiana__.

## FACTS

7. On __Febuary 12, 2013__, plaintiff __Quenta Ennis sustained personal injury, Both diagnosed and undiagnosed due to unforseen long term effects, as a Direct Result of Staffs Negligence. Where Officer D. Daniels actions (which were in Violation of Federal Bureau of Prisons policy) when securing another inmates Hand restraints, And His failure to propperly secure said restraints, Allowed another inmate the oppcotunity to unsecure His Restraints And Savagely Attack Quenta Ennis. This savage Attack was performed, Due to a direct Result of D. Daniel Negligence, while Quenta Ennis Had His Hands firmly Secured behind his Back with Restraints virtually Making Quenta Ennis Defenseless Throughout The Duration of Said Assault. Although, At The Time of The Assault Officer Daniels states He followed policy By Requesting Assistance instead of intervening to stop the ongoing attack of a defenseless Man, A clear distinction from his previous Actions.__

__Quenta Ennis Suffered Deep lacerations to Both Regions Around and above Both eyes. Mr. Ennis is currently expierencing Blurred vision And frequent Headaches. These symptoms are Directly Attributed to The Assault commencing The day of The Assault__

8. At such time and place _Officer D. Daniels_ was/were an employee of the _Bureau Of Prisons_, an agency of the United States of America, and acted within the scope of government employment.

9. As a result, plaintiff was _Permantly Scarred. Now Suffering Continued Side effects._

10. If the defendant were a private person, it would be liable to the plaintiff in accordance with the law of the state of _Louisiana_.

## PRAYER

11. Wherefore plaintiff demands judgment against defendant in the sum of $1,000,000. dollars and costs.

Respectfully submitted,

_Quenta Ennis #34408-007_

Quenta Ennis
P.O. Box 2099
USP Pollock Pollock, LA 71467