U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

APR 1 7 2015

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

QUENTA ENNIS,
      Plaintiff

VERSUS

FEDERAL BUREAU OF PRISONS,
et al.,
      Defendants

CIVIL ACTION
SECTION "P"
NO. 1:14-CV-00170

JUDGE STAGG
MAGISTRATE JUDGE JAMES D. KIRK

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the motions for summary judgment filed by the USA (Doc. 21) and Ennis (Doc. 25) are DENIED.

THUS ORDERED AND SIGNED in Chambers at <u>Shreveport</u>, Louisiana, on this 16th day of _April_ 2015.

TOM STAGG
UNITED STATES DISTRICT JUDGE